1056

No. 03–6604. HINKLE v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–6609. SESSIONS v. FREEMAN ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–6610. SOTO v. RUNNELS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–6617. GAINES v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–6619. FRATICELLI v. GILLIS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP. C. A. 3d Cir. Certiorari denied.

No. 03–6620. GREEN v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–6621. WALKER v. NEW YORK CITY TRANSIT AUTHORITY. C. A. 2d Cir. Certiorari denied.

No. 03–6622. MEHDIPOUR v. OKLAHOMA COURT OF CIVIL APPEALS, DIVISION NUMBER ONE, ET AL. C. A. 10th Cir. Certiorari denied.

No. 03–6623. JAMESON v. TEXAS. Ct. App. Tex., 12th Dist. Certiorari denied.

No. 03–6624. RAWLS v. ZAMORA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 03–6629. WARD v. HEAD, WARDEN. Super. Ct. Butts County, Ga. Certiorari denied.

No. 03–6631. CLEARY v. MULLIN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 03–6632. CHARPENTIER v. ORTCO CONTRACTORS, INC., ET AL. C. A. 5th Cir. Certiorari denied.